**STATE of Missouri, Respondent,**

v.

**Willie J. GIBSON, Jr., Appellant.**

**WD 79354**

Missouri Court of Appeals,
Western District.

Filed: July 5, 2017

Natalie T. Hull, KCMO for appellant.

Mary H. Moore, Jefferson City for respondent.

Before Division One: Gary D. Witt, P.J., and Alok Ahuja and Edward R. Ardini, Jr., JJ.

### ORDER

PER CURIAM:

Following a jury trial in the Circuit Court of Jackson County, Appellant Willie Gibson was convicted of murder in the second degree, attempted robbery in the first degree, and two counts of armed criminal action. Gibson appeals. He argues that the circuit court plainly erred in admitting into evidence an incriminating let-